IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK MYRON LLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-129-MEF |
| ) | WO |
| U.S. MARSHALS OFFICE MIDDLE ) | |
| DISTRICT OF MONTGOMERY, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #39) to the Recommendation of the Magistrate Judge filed on April 13, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #36) filed on March 16, 2012 is adopted in part and modified;

3. Plaintiff's claims against the U.S. Marshal Service is DISMISSED for lack of subject matter jurisdiction.

4. The motions for summary judgment filed on behalf of defendants Seroyer and Brewer are GRANTED and the claims asserted against these defendants are DISMISSED with prejudice.

5. The Recommendation of the Magistrate Judge dismissing claims against

defendants Alston and Irby is stricken as they were not parties to this litigation.

DONE this the 19th day of April, 2012.

                                            /s/ Mark E. Fuller
                                 UNITED STATES DISTRICT JUDGE